# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARMEN CORTEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-19-311-J |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## J U D G M E N T

Pursuant to the Opinion and Order filed separately this same date, the final decision of Defendant denying Plaintiff's application for disability insurance benefits and supplemental security income is AFFIRMED and judgment is entered in favor of Defendant.

ENTERED this 4th day of February, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE